**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TREMAINE D. OLIVER,

    Petitioner,

  v.

BARNES G. GOWER, Warden,

    Respondent.

No. C 15-3556 MEJ (PR)

**ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Dkt. No. 4

Good cause appearing, petitioner's request for an extension of time to file an In Forma Pauperis ("IFP") Application is GRANTED. Petitioner must file a complete IFP Application no later than **twenty-eight (28)** days from the date this order is filed. In the alternative, petitioner may file the $5.00 filing fee in the same time provided.

Failure to file a timely response in accordance with this order by filing a complete IFP application or by paying the filing fee will result in the dismissal of this action without further notice to petitioner.

This order terminates Docket No. 4.

IT IS SO ORDERED.

DATED: September 25, 2015

Maria-Elena James
United States Magistrate Judge