UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE D. OLIVER,<br>　　Petitioner,<br>　v.<br>BARNES B. GOWER, Warden,<br>　　Respondent. | Case No. 15-03556 BLF (PR)<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>(Docket No. 27) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 24, 2017, the Court denied the petition on the merits. (Docket No. 25.) In the same order, the Court denied a Certificate of Appealability because Petitioner had not made "a substantial showing of the denial of a constitutional right" under 28 U.S.C. § 2253(c)(2), or demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." (Docket No. 25 at 41, citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).) The Court also advised Petitioner that although he may not appeal the denial of a Certificate of Appealability in this Court, he may seek a certificate from the Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure. (*Id.*, citing Rule 11(a) of the Rules Governing Section 2254 Cases.)

On May 2, 2018, over a year since judgment was entered, Petitioner filed a motion for certificate of appealability. (Docket No. 27.) As discussed above, the Court already denied the certificate of appealability it its order denying the petition on the merits. For the same reasons, Petitioner's recent motion is DENIED.

In the interest of justice, the Clerk of the Court shall forward a copy of Petitioner's motion to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED**.

Dated: May 16, 2018

BETH LABSON FREEMAN
United States District Judge

Order Denying COA
P:\PRO-SE\BLF\HC.15\03556Oliver_denyCOA